IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY KEAHEY, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FEDERATED LIFE | : | |
| INSURANCE COMPANY, | : | No. 20-6419 |
| *Defendant* | : | |

## ORDER

AND NOW, this ____ day of October, 2021, upon consideration of Plaintiff Wendy Keahey's Complaint (Doc. No. 1), Defendant Federated's Motion to Dismiss (Doc. No. 5), the response and reply thereto (Doc. Nos. 9, 10), and the Court having conducted oral argument on May 13, 2021, it is **ORDERED** that the Motion to Dismiss (Doc. No. 5) is **GRANTED** for the reasons stated in the accompanying memorandum. Ms. Keahey's Complaint is dismissed with prejudice. The Clerk of the Court is directed to mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

1