## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDY KEAHEY, | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| FEDERATED LIFE | : | |
| INSURANCE COMPANY, | : | No. 20-6419 |
| *Defendant* | : | |

### ORDER

AND NOW, this _10th_ day of December, 2021, upon consideration of Plaintiff Wendy Keahey's Motion for Reconsideration (Doc. No. 15) and Defendant Federated Life Insurance Company's response in opposition (Doc. No. 18), it is **ORDERED** that the Motion for Reconsideration (Doc. No. 15) is **DENIED** for the reasons stated in the accompanying memorandum. The Clerk of the Court is directed to mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

**GENE E.K. PRATTER**
**United States District Judge**

1